# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | | |
|---|---|---|
| Michael Bazemore, | ) | C.A. No.: 6:17-cv-01548-MGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Aetna Life Insurance Company, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER COMES BEFORE THE COURT** on the parties' joint motion seeking to extend the deadline within which they must mediate, as well as the remaining deadlines in the court's Specialized Case Management Order ("SCMO"). Accordingly, the parties have asked for the mediation deadline to be moved to January 15, 2018, and the deadline to file the joint stipulation and the parties' respective memoranda to be moved to January 30, 2018. For good cause shown, the court does believe that an extension of time within which to mediate and to file a joint stipulation and supporting memoranda pursuant to the court's SCMO is warranted. Therefore, the court hereby extends the deadline by which the parties must mediate to January 15, 2018, and the deadline to file a joint stipulation and the parties' respective memoranda in the matter *sub judice* to January 30, 2018.

**WHEREFORE, it is ORDERED, ADJUDGED AND DECREED** that the parties' deadline by which they are ordered to mediate is January 15, 2018, and the deadline to file a joint stipulation and the parties' respective memoranda pursuant to the court's specialized case management order in the matter *sub judice* is hereby extended until January 30, 2018. In all other regards, the parties shall comply with the SCMO.

**AND, IT IS SO ORDERED.**

                                                s/Mary Geiger Lewis
                                               The Honorable Mary Geiger Lewis
                                               United States District Judge

December 4, 2017
Columbia, South Carolina